922

No. 00–1166. TOWNSEND *v.* KNIGHT-RIDDER, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1169. BOYKIN *v.* ENTERGY OPERATIONS, INC. C. A. 5th Cir. Certiorari denied.

No. 00–1172. HASKOURI *v.* UNIVERSITY OF TEXAS AT BROWNS-VILLE. C. A. 5th Cir. Certiorari denied.

No. 00–1176. OBERMEYER *v.* ALASKA BAR ASSN. Sup. Ct. Alaska. Certiorari denied.

No. 00–1177. BEIERLE *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 00–1184. MILLER *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–1189. MCKEITHEN, LOUISIANA SECRETARY OF STATE, ET AL. *v.* UNITED STATES FIDELITY & GUARANTY CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1190. KNEZEVICH *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 00–1191. SWARTZ *v.* DICKINSON, COMMISSIONER OF PATENTS AND TRADEMARKS. C. A. Fed. Cir. Certiorari denied.

No. 00–1201. TOTH ET AL. *v.* SOUTH BEND COMMUNITY SCHOOL CORPORATION. Ct. App. Ind. Certiorari denied.

No. 00–1204. THERESA *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 00–1211. WOJCIECHOWSKI *v.* WALT DISNEY CONCERT HALL NO. 1 ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1216. VENEZIA *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.